**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Carlos ZEPEDA–CRISTOBAL,**
**Defendant–Appellant.**

No. 10–40452
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Carlos Zepeda–Cristobal, Groesbeck, TX, pro se.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Zepeda–Cristobal (Zepeda) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Zepeda has filed a response. Our independent review of the record, counsel's brief, and Zepeda's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

